PAUL J. BEARD II, No. 210563
E-mail: pjb@pacificlegal.org
DAMIEN M. SCHIFF, No. 235101
E-mail: dms@pacificlegal.org
BRANDON M. MIDDLETON, No. 255699
E-mail: bmm@pacificlegal.org
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, California 95834
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCER, FRASER CO., a California corporation; and O & M INDUSTRIES, a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF HUMBOLDT, CALIFORNIA, a political subdivision of the State of California <br><br> Defendant. | No. C 08-04098 SI <br><br> **DECLARATION OF SERVICE** |

Declaration of Service
No. C 08-04098 SI

I, Tawnda Elling, declare as follows:

I am a resident of the State of California, residing or employed in Sacramento, California.

I am over the age of 18 years and am not a party to the above-entitled action.

My business address is 3900 Lennane Drive, Suite 200, Sacramento, California 95834.

On August 29, 2008, true copies of (1) SUMMONS IN A CIVIL ACTION; (2) CIVIL COVER SHEET; (3) COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; (4) CORPORATE DISCLOSURE STATEMENT; (5) NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; (6) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; (7) CASE MANAGEMENT CONFERENCE ORDER; (8) CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; (9) ECF REGISTRATION INFORMATION HANDOUT; (10) WELCOME TO THE U.S. DISTRICT COURT handout; and (11) NOTICE AND ACKNOWLEDGMENT OF RECEIPT were placed in envelopes addressed to:

Board of Supervisors
County of Humboldt
Attn: Kathy Hayes, Clerk of the Board
825 - 5th Street, Room 111
Eureka, CA 95501

Ms. Wendy B. Chaitin
Interim County Counsel
County of Humboldt
825 - 5th Street
Eureka, CA 95501

which envelopes, with postage thereon fully prepaid, were then sealed and mailed by certified mail at a United States Post Office in Sacramento, California.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 29th day of August, 2008, at Sacramento, California.

*/s/ Tawnda Elling*
TAWNDA ELLING

Declaration of Service
No. C 08-04098 SI                                     - 1 -