IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCER FRASER, CO., et al., | No. C 08-04098 SI |
| Plaintiffs, | **ORDER SETTING ARGUMENT DATE** |
| v. | |
| COUNTY OF HUMBOLDT, CALIFORNIA, | |
| Defendant. | |

Currently before the Court is plaintiffs' application for a temporary restraining order. The Court finds that a hearing on the application is appropriate, and orders the parties to appear on Friday, September 12, 2008, at 9:00 a.m., in the courtroom of Judge William Alsup on the 19th Floor. In advance of the hearing, defendant shall file an opposition, if any, by 12:00 noon on Tuesday, September 9, 2008, and plaintiffs shall file a reply, if any, by 5:00 p.m. on Wednesday, September 10, 2008. Chambers copies shall be delivered to the chambers of Judge Susan Illston and Judge Alsup.

**IT IS SO ORDERED.**

Dated: September _____, 2008

JEFFREY S. WHITE
United States District Judge