PAUL J. BEARD II, No. 210563
E-mail: pjb@pacificlegal.org
DAMIEN M. SCHIFF, No. 235101
E-mail: dms@pacificlegal.org
BRANDON M. MIDDLETON, No. 255699
E-mail: bmm@pacificlegal.org
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, California 95834
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCER, FRASER CO., a California corporation; and O & M INDUSTRIES, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF HUMBOLDT, CALIFORNIA, a political subdivision of the State of California<br><br>Defendant. | No. C 08-04098 SI<br><br>**DECLARATION OF SERVICE** |

I, Tawnda Elling, declare as follows:

I am a resident of the State of California, residing or employed in Sacramento, California.

I am over the age of 18 years and am not a party to the above-entitled action.

My business address is 3900 Lennane Drive, Suite 200, Sacramento, California 95834.

On September 4, 2008, true copies of ORDER SETTING ARGUMENT DATE were placed in envelopes addressed to:

> Board of Supervisors
> County of Humboldt
> Attn: Kathy Hayes, Clerk of the Board
> 825 - 5th Street, Room 111
> Eureka, CA 95501
>
> Ms. Wendy B. Chaitin
> Interim County Counsel
> County of Humboldt
> 825 - 5th Street
> Eureka, CA 95501
>
> Roseanne Zuber
> Deputy County Counsel
> County of Humboldt
> 825 - 5th Street
> Eureka, CA 95501

which envelopes, with postage thereon fully prepaid, were then sealed and mailed by certified mail at a United States Post Office in Sacramento, California.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 4th day of September, 2008, at Sacramento, California.

*/s/ Tawnda Elling*
TAWNDA ELLING

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111  FAX (916) 419-7747

Declaration of Service
No. C 08-04098 SI                - 1 -