1  PAUL J. BEARD II, No. 210563
   E-mail: pjb@pacificlegal.org
2  DAMIEN M. SCHIFF, No. 235101
   E-mail: dms@pacificlegal.org
3  BRANDON M. MIDDLETON, No. 255699
   E-mail: bmm@pacificlegal.org
4  Pacific Legal Foundation
   3900 Lennane Drive, Suite 200
5  Sacramento, California 95834
   Telephone:  (916) 419-7111
6  Facsimile:  (916) 419-7747

7  Attorneys for Plaintiffs

8

9

10              UNITED STATES DISTRICT COURT

11         FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  MERCER, FRASER CO., a California corporation; and)       No. C 08-04098 SI
    O & M INDUSTRIES, a California corporation,      )
14                                                   )       **[PROPOSED]**
               Plaintiffs,                           )       **STIPULATED ORDER**
15                                                   )       **APPROVING SETTLEMENT**
       v.                                            )       **AND DIRECTING ENTRY**
16                                                   )       **OF JUDGMENT**
    COUNTY OF HUMBOLDT, CALIFORNIA, a               )
17  political subdivision of the State of California, )
                                                     )
18             Defendant.                            )
                                                     )
19

20

21       The Parties having reached agreement to settle all disputed matters in this action, as

22  reflected in their previously filed Settlement Agreement and Proposed Stipulated Judgment, the

23  Court thereby **APPROVES** the Settlement Agreement and Proposed Stipulated Judgment, and

24  **ORDERS** that final judgment be entered in favor of Plaintiffs and against Defendant, consistent

25  with the aforementioned Agreement.

26
                        11/11/08
27  DATED: _____.    _____
                                                   SUSAN ILLSTON
28                                            United States District Judge

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111 FAX (916) 419-7747